KANSAS PACKING Co., INC., Respondent, *v.* CITY OF NEW YORK et al., Appellants.

Argued May 25, 1955; decided July 8, 1955.

*Peter Campbell Brown, Corporation Counsel (Anthony Curreri* and *Seymour B. Quel* of counsel), for appellants.

*N. H. Elman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: BURKE, J.